UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY A. JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | CASE NO. 2:24-cv-00491-LK<br><br>ORDER OF DISMISSAL OF DEFENDANT WESTROCK RKT, LLC |

Pursuant to the Stipulation and Order of Dismissal Without Prejudice filed by Plaintiff Shirley Johnson and Defendant WestRock RKT, LLC, Dkt. No. 67, all of Plaintiff's claims against WestRock RKT, LLC, as Successor-By-Merger with Rock-Tenn Company, as Successor-By-Merger with Simpson Tacoma Paper Mill only are hereby DISMISSED without prejudice and without costs or attorney's fees as to any party. *See* Fed. R. Civ. P. 41(a)(2).

Dated this 26th day of August, 2024.

*Lauren King*
Lauren King
United States District Judge

ORDER OF DISMISSAL OF DEFENDANT WESTROCK RKT, LLC - 1