UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY A. JOHNSON,<br><br>                Plaintiff,<br>   v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>                Defendants. | CASE NO. 2:24-cv-00491-LK<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LONE STAR INDUSTRIES, INC. |

Pursuant to the Stipulation of Dismissal Without Prejudice filed by Plaintiff Shirley Johnson and Defendant Lone Star Industries, Inc., Dkt. No. 73, all of Plaintiff's claims against Lone Star Industries, Inc. only are hereby DISMISSED without prejudice and without costs or attorney's fees as to any party. *See* Fed. R. Civ. P. 41(a)(2).

Dated this 9th day of September, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1