UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY A. JOHNSON,<br><br>              Plaintiff,<br>     v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>              Defendants. | CASE NO. 2:24-cv-00491-LK<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT P-G INDUSTRIES, INC. |

Pursuant to the Stipulation and Order of Dismissal Without Prejudice filed by Plaintiff Shirley Johnson and Defendant P-G Industries, Inc., Dkt. No. 74, all of Plaintiff's claims against P-G Industries, Inc. only are hereby DISMISSED without prejudice and without costs or attorney's fees as to any party. *See* Fed. R. Civ. P. 41(a)(2).

Dated this 9th day of September, 2024.

*[signature: Lauren King]*

Lauren King
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1