UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY A. JOHNSON,<br><br>      Plaintiff,<br>  v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>      Defendants. | CASE NO. 2:24-cv-00491-LK<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT IMO INDUSTRIES, INC. |

  Pursuant to the Stipulation of Dismissal With Prejudice filed by Plaintiff Shirley Johnson and Defendant IMO Industries, Inc., Dkt. No. 85, all of Plaintiff's claims against IMO Industries, Inc. only are hereby DISMISSED with prejudice and without costs or attorney's fees as to any party. *See* Fed. R. Civ. P. 41(a)(2).

  Dated this 3rd day of October, 2024.

                     */s/ Lauren King*
                     Lauren King
                     United States District Judge