UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY A. JOHNSON,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-00491-LK<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT WARREN PUMPS, LLC |

Pursuant to the Stipulated Motion to Dismiss filed by Plaintiff Shirley Johnson and Defendant Warren Pumps, LLC, Dkt. No. 93, all of Plaintiff's claims against Warren Pumps, LLC only are hereby DISMISSED with prejudice and without costs or attorney's fees as to any party, *see* Fed. R. Civ. P. 41(a)(2).

Dated this 5th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_Lauren King_
　　　　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge