UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY A. JOHNSON,<br><br>                Plaintiff,<br>  v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>                Defendants. | CASE NO. 2:24-cv-00491-LK<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT INTERNATIONAL PAPER COMPANY |

      Pursuant to the Stipulated Motion to Dismiss filed by Plaintiff Shirley Johnson and Defendant International Paper Company, Dkt. No. 97, all of Plaintiff's claims against International Paper Company only are hereby DISMISSED with prejudice and without costs or attorney's fees as to any party, *see* Fed. R. Civ. P. 41(a)(2).

      Dated this 11th day of December, 2024.

                                                Lauren King
                                                United States District Judge