1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY A. JOHNSON,<br><br>      Plaintiff,<br>  v.<br><br>AIR & LIQUID SYSTEMS CORP. et al.,<br><br>      Defendants. | CASE NO. 2:24-cv-00491-LK<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT LAKE UNION DRYDOCK COMPANY |

  Pursuant to the Stipulation of Dismissal filed by Plaintiff Shirley Johnson and Defendant Lake Union Drydock Company, Dkt. No. 142, all of Plaintiff's claims against Lake Union Drydock Company only are hereby DISMISSED with prejudice and without costs or attorney's fees as to any party, *see* Fed. R. Civ. P. 41(a)(2). The Clerk is directed to remove Lake Union

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT LAKE UNION DRYDOCK COMPANY - 1

Drydock Company's motion for summary judgment, Dkt. No. 111, from the Court's motions calendar.

Dated this 19th day of March, 2025.

*Lauren King*

Lauren King
United States District Judge